FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 02 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ND/GA PROB 12C
(Rev. 1/21)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

## Violation Report and Petition for Summons
## for Offender Under Supervision

| | | | |
|---|---|---|---|
| Offender: | Brett Thomas Carroll | Docket No: | 1:21-CR-00207-SDG |
| Judicial Officer: | Honorable Steven D. Grimberg<br>United States District Court Judge | | |

Original Sentence Date: 12/07/2015

Original Offense: **Counts 1 and 2: Conspiracy to Distribute and Possession with the Intent to Distribute a Mixture and Substance Containing a Detectable Amount of a PVP Schedule I Controlled Substance Analogue, in violation of 21 U.S.C. 846 and 21 U.S.C. 841(b)(1)(C)**

Original Sentence: 90 months custody followed by 3 years supervised release. Special conditions: participate in substance abuse testing and treatment, obtain General Education Development Degree, and search.

Date of Jurisdiction Transferred: May 25, 2021, from the Eastern District of Tennessee

Type of Supervision: Supervised Release    Date Supervision Commenced: 6/27/2020

---

## NONCOMPLIANCE SUMMARY

The offender has violated the conditions of supervision as follows:

1. **Violation of Mandatory Condition-Commission of Another Federal, State, or Local Crime**

   On March 22, 2021, Mr. Carroll was arrested for committing the following offenses: Possession of Methamphetamine and Possession of Suboxone. Specifically, Mr. Carroll was pulled over for failure to maintain proper lane of travel by Sergeant Smith of the Dawson County Sheriff's Office. Mr. Carroll appeared to be nervous; therefore, Sergeant Smith requested Mr. Carroll exit his vehicle. Mr. Carroll conveyed he was nervous because he was recently released from prison. Mr. Carroll consented to a pat search and initially advised there were no illegal weapons or illicit substances in his vehicle when asked by Sergeant Smith.

**CARROLL, Brett Thomas**  
**Docket No.: 1:21-CR-00207-SDG**

Page 2

    Mr. Carroll appeared to become more nervous when Sergeant Smith stated he believed there were illicit substances in the vehicle. Mr. Carroll admitted to having "Speed", a common term for methamphetamine, and suboxone in the vehicle.

    Investigator Ward and Investigator Christopher arrived at the scene and conducted a search of the vehicle. A clear plastic bag containing a crystal-like substance, consistent with methamphetamine, was located in the driver's side floorboard, under the mat. Additionally, a bag with "tabs", identified by Mr. Carroll as suboxone, was located in the driver's side floorboard.

    Subsequently, Mr. Carroll was arrested and taken to the Dawson County Detention Center without incident.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

    None.

**PETITIONING THE COURT TO:**

    Issue a Summons for Mr. Carroll and order that he be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

I declare under penalty of perjury that  
the foregoing is true and correct.

*Krystal J. Batchelor*    5/28/2021        *K. Stan Tinsley*    5/28/2021  
Krystal J. Batchelor    Date                  K. Stan Tinsley        Date  
U.S. Probation Officer                         Supervising U.S. Probation Officer

**CARROLL, Brett Thomas**  Page 3
**Docket No.: 1:21-CR-00207-SDG**

---

**THE COURT ORDERS:**

☒ The issuance of a Summons

☐ No Action

☐ Other:


_____
Honorable Steven D. Grimberg
United States District Court Judge

June 1, 2021
_____
Date